UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                              )
                                   )    Chapter 13
                                   )    Case No. 11-12638 JNF
   Lindsay J. Allan                )
                                   )
                                   )
         Debtor(s)                 )
                                   )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from two uncashed dividend checks in the amount of **$2961.00** and **$162.00** for a total of **$3123.00** payable to **Lindsay J. Allan,** the debtor in this case, was deposited with the United States Treasury and credited to the Unclaimed Funds Account of this Court, and that the proper recipients for said finds has now been located by the petitioner.

**IT IS HEREBY ORDERED** that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant, herein the amount specified above:

   Lindsay J. Allan
   1803 Founders Way
   Saugus, MA 01906

Entered:

*/s/ Joan N. Feeney*
U.S. Bankruptcy Judge

Dated: November 7, 2013

So Ordered:

*/s/ Judith P. Gosser*
Deputy Clerk